■ In the Matter of CANDASE B. and Another, Infants. WYOMING COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant;

MILTON B. et al., Respondents. (Appeal No. 1.) [710 NYS2d 238] —Order unanimously affirmed without costs for reasons stated in decision at Wyoming County Family Court, Dadd, J. (Appeal from Order of Wyoming County Family Court, Dadd, J.—Neglect.) Present—Pigott, Jr., P. J., Pine, Scudder and Kehoe, JJ.